RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12 / 1 / 06
BY OM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HAROLD D. HANSBRO | CIVIL ACTION NO. 04-2284-P |
| versus | JUDGE STAGG |
| BURL CAIN, WARDEN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the unexhausted claims listed in the petition as issues two, three, five and six are hereby dismissed **without prejudice** and that all other claims in the petition are hereby rejected on the merits and **dismissed with prejudice.**

THUS DONE AND SIGNED at Shreveport, Louisiana, the 1st day of December, 2006.

TOM STAGG
UNITED STATES DISTRICT JUDGE