RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
SHREVEPORT, LOUISIANA
DATE __1/8/07__

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| HAROLD HANSBRO | CIVIL ACTION NO. 5:04CV2284 |
| VERSUS | JUDGE STAGG |
| WARDEN, LA STATE PENITENTIARY | MAGISTRATE JUDGE HORNSBY |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

 The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, Louisiana, this 5th Day of January, 2007.

Tom Stagg
UNITED STATES DISTRICT JUDGE