

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED-SHREVEPORT
APR 1 1 2007
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

HAROLD D. HANSBRO

versus          CIVIL ACTION NO. 04-2284
                                             JUDGE TOM STAGG

BURL CAIN, WARDEN, ET AL.

## ORDER

Before the court is "Petitioner's Motion For Relief Under FRCP 60B Because Of Mistake And/Or Inadvertence And/Or Any Other Reason Justifying Relief" filed by pro se petitioner, Harold Hansbro ("Hansbro"). Record Document 29. Hansbro asks that the court correct its previous orders, in which it applied the filing requirements of 28 U.S.C. § 1915 to his request to proceed in forma pauperis ("IFP") on appeal. See Record Documents 26 and 31. After Hansbro satisfied section 1915, the court granted him IFP status, but assessed a partial filing fee and ordered the balance of the filing fees to be paid in periodic installments. See Record Document 34.

Hansbro correctly asserts that the requirements of section 1915 are inapplicable to habeas proceedings. As such, compliance with the Prison Litigation Reform

Act is not required, and Hansbro should not be ordered to satisfy those standards. Accordingly;

**IT IS ORDERED** that Hansbro's motion for relief from judgment or order under Federal Rule of Civil Procedure 60 (Record Document 29) is hereby **GRANTED**. The court will vacate its prior ruling in which filing fees were assessed (Record Document 34). An order allowing Hansbro to proceed IFP on appeal without the collection of fees will follow.

**THUS DONE AND SIGNED** at Shreveport, Louisiana this the 11th day of April, 2007.

_____
JUDGE TOM STAGG